

# Fourth Court of Appeals
## San Antonio, Texas

February 28, 2019

No. 04-18-00949-CV

**IN THE INTEREST OF J.C.R., A CHILD**,

From the 57th Judicial District Court, Bexar County, Texas
Trial Court No. 2017PA02916
Honorable Richard Garcia, Judge Presiding

# O R D E R

The State's brief was due on February 25, 2019.  *See* TEX. R. APP. P. 38.6(b).  After the due date, the State filed a first motion for a twenty-day extension of time to file its brief.

The State's motion is GRANTED.  The State's brief is due on March 18, 2019.

Patricia O. Alvarez, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 28th day of February, 2019.

KEITH E. HOTTLE,
Clerk of Court